**Below is the Order of the Court.**



_____
**Paul B. Snyder**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| In re:<br><br>Kenneth Dean Ollmann<br>Barbara Annette Ollmann,<br><br>           Debtors.<br>_____<br>Kenneth Dean Ollmann<br>Barbara Annette Ollmann,<br><br>           Plaintiffs,<br><br>v.<br><br>Wells Fargo Bank, N.A.,<br><br>           Defendants. | Adversary Case No. 14-04199-PBS<br>Case No. 14-40588-PBS<br><br><br><br>ORDER APPROVING STIPULATION ON ADVERSARY COMPLAINT SEEKING TO AVOID LIEN |

///

///

///

///

This matter having come before the court on the Stipulation of the Parties. Based upon the record on file, the Stipulation, and the representations made to the court, IT IS HEREBY ORDERED:

1. Defendant's claim shall be allowed as a non-priority general unsecured claim and shall be paid as such in accordance with the Debtors' Chapter 13 Plan.
2. The avoidance of Defendant's second lien is contingent upon the Debtor's completion of the Chapter 13 plan and the Debtor's receipt of a Chapter 13 discharge.
3. Defendant shall retain its lien for the full amount due under the subject loan should the subject property be sold, or should a refinance take place prior to the Chapter 13 plan completion and entry of a Discharge.
4. Defendant shall retain its lien for the full amount due under the subject loan in the event of either dismissal of the Debtors' Chapter 13 case or the conversion of the to any other Chapter under the United States Bankruptcy Code.
5. In the event that any entity, including the holder of the first lien on the Subject Property forecloses on its security interest and extinguishes Creditor's lien prior to the Debtors' completion of the Chapter 13 plan, Defendant's lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the subject loan balance at the time of the sale.
6. Upon successful completion of the Chapter 13, Case # 14-40588, Defendant shall file all necessary papers with the county auditor releasing any and all interest in the above-described property. If the Defendant fails to record all necessary papers with the auditor, this Order will stand to satisfy the removal of said lien without further order of the court.
7. In the event that the property is destroyed or damaged, pursuant to the mortgage, Defendant is entitled to its full rights as a loss payee with respect to the insurance proceeds and has a security interest in such proceeds up to the entire balance due on the mortgage.

///

///

8. Each party shall bear their own attorney's fees and costs incurred in the present case number.

///END OF ORDER///

Presented by:

/s/ Angela M. Michael
Angela M. Michael, Esq.
Attorney for Defendant


/s/ David A Yando
David A Yando, Esq.
Attorney for Plaintiffs